**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jody Lee Rush,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | No. CV-20-00438-TUC-RCC<br><br>**ORDER** |

　　　　On January 3, 2022, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation ("R&R") in which he recommended that the Court vacate the Commissioner's final decision and remand this matter for further proceedings. (Doc. 25.) The R&R notified the parties that they had fourteen (14) days from the date of the R&R to file any objections. The Court also extended the deadline to file objections until February 16, 2022. (Doc. 27.) No objections have been filed.

　　　　Where neither party objects to a Magistrate Judge's Report and Recommendation, the District Court is not required to review the Magistrate Judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute guiding review "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

　　　　In this matter, the Court has reviewed and considered the Complaint, Answer, Opening, Response, and Reply Briefs, and the R&R. The Court finds that the R&R is well-reasoned and agrees with the conclusions reached by Judge Ferraro.

///

Accordingly, **IT IS ORDERED:**

1. The R&R is **ADOPTED.** (Doc. 25.)
2. The Motion to Remand is **GRANTED**. (Doc. 23.)
3. The final decision by the Commissioner of Social Security is reversed and remanded on an open record pursuant to sentence four of 42 U.S.C. § 405(g).
4. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 18th day of February, 2022.

_____
Honorable Raner C. Collins
Senior United States District Judge